Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Christen Anne Schrepel | 14-44173-CN 13 |
| Debtors(s) | |

**STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS**

**PURSUANT** to the Chapter 13 Trustee's Motion for Failure to Make Chapter 13 Plan Payments, the debtor(s) have conferred with the Trustee and the following arrangements to cure defaults have been agreed to:

INCREASE PAYMENT TO $1950 FOR AUGUST 2016 AND SEPTEMBER 2016. THIS STIPULATION WILL BRING CASE CURRENT. DEBTOR IS AWARE PAYMENTS MUST BE MADE ON TIME AND FOR THE FULL AMOUNT. DEBTOR'S DUE DATE IS THE 14TH OF EACH MONTH.

AS A CONDITION OF THIS AGREEMENT, REGULAR PAYMENTS UNDER THE DEBTOR'S PLAN ARE REQUIRED TO CONTINUE PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.

THIS STIPULATION IS NOT BINDING ON ANY CREDITORS.

Dated: 8/22/16                         _____
                                        Debtor
Dated: _____
                                        _____
                                        Debtor
Dated: 8-19-16
                                        _____
                                        Attorney for Debtor
Dated: 8-26-16
                                        Martha G. Bronitsky
                                        Chapter 13 Standing Trustee

510 760 5589

IN THE UNITED STATES BANKRUPTCY COURT

In re:

Christen Anne Schrepel

Case No.: 14-44173-CN 13

Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the STIPULATION ON TRUSTEES MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

Christen Anne Schrepel
1853 Badger Pass Way
Antioch, CA 94531

(Debtor(s))

Patrick L Forte Atty
1624 Franklin St #911
Oakland, CA 94612

(Counsel for Debtor)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 26, 2016

/s/ CHRISTIE ACOSTA
CHRISTIE ACOSTA