

Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540

Trustee for Debtor(s)

The following constitutes
the order of the court. Signed September 8, 2016

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Christen Anne Schrepel

Debtors(s)

Chapter 13 Case Number:
14-44173-CN 13

### ORDER APPROVING
### STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS

Upon consideration of the Stipulation and good cause appearing therefore;

IT IS ORDERED THAT the Stipulation on Trustees Motion to Dismiss for Failure to Make

Chapter 13 Plan Payments  filed on August 31, 2016 is approved , same being document #60.

END OF ORDER

# COURT SERVICE LIST

Case: 14-44173    Doc# 61    Filed: 09/08/16    Entered: 09/08/16 16:36:17    Page 2 of 2